Entered on Docket
March 11, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: March 11, 2014

ALAN JAROSLOVSKY U.S. Bankruptcy Judge

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
5  11th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
7  Telephone: (415) 436-7000
   Fax: (415) 436-7009

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:                                ) Case No.: 10-10175
                                      )
DAWN BRYAN,                           ) Chapter 7
                                      )
         Debtor.                      )
                                      )
_____)
                                      ) Adv. Proc. No. 13-1151
DAWN BRYAN,                           )
                                      ) ORDER ON
         Plaintiff,                   ) MOTION FOR SUMMARY JUDGMENT
                                      )
    v.                                )
                                      ) Hearing Date: February 7, 2014
UNITED STATES OF AMERICA,             ) Hearing Time: 9:00 a.m.
                                      ) Location:     Santa Rosa Courthouse
         Defendant.                   )
                                      )
_____)

The United States of America's Motion for Summary Judgment came on for hearing on February 7, 2014 at the hour of 9:00 a.m. Cynthia Stier, Assistant U.S. Attorney, Tax Division, appeared telephonically for the United States. Evan Livingstone appeared on behalf of debtor. Based upon the pleadings, including the opposition to the Motion for Summary Judgment and oral arguments from both parties, the Court grants the United States' Motion for Summary Judgment.

//

Order On Motion For Summary Judgment
10-10175; 13-1151                                      1

For good cause appearing, it is HEREBY ORDERED AND DECIDED THAT:

The United States Motion for Summary Judgment is granted;

It is FURTHER ORDERED AND DECIDED THAT:

Plaintiff Dawn Bryan take nothing by her complaint.

It is FURTHERED ORDERED and DECIDED THAT:

Plaintiff Dawn Bryan's obligation to repay the new home buyer tax credit is a non-dischargeable tax.

**End of Order**